# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN DANIELS,                )<br>     Petitioner,            )<br>                                   )<br>     v.                            )<br>                                   )<br>SUPERINTENDENT MICAHEL )<br>CLARK, et al,                 )<br>     Respondents.          ) | Case No. 1:21-cv-69 |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on January 27, 2021. The matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

On September 10, 2021, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that the petition for writ of habeas corpus be dismissed and that a certificate of appealability be denied. ECF No. 13. No objections have been filed by either party.

After *de novo* review of the petition, response, and other filings in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 7th day of October 2021;

IT IS ORDERED that the petition for writ of habeas corpus be dismissed and a certificate of appealability be denied.

IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on September 10, 2021 [ECF No. 13] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

1